

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

November 9, 2016

Hon. Joan M. Azrack
100 Federal Plaza
Central Islip, NY 11722

RE: NARDINO et al v COLLINS ASSET GROUP, LLC
16-cv-05532 (JMA) (AYS)

Dear Judge Azrack:

Please be advised that this office represents the Defendant in the above-captioned matter. You have scheduled a court conference for November 16, 2016, but I will be out of town on that date and unavailable to appear for the court conference.

I have spoken to with my adversary and we have agreed on an adjourned date of November 30, 2016 in the morning. We are hopeful that the Court can accommodate our request.

This is our first request for an adjournment and it is made with the consent of opposing counsel.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
As/nv