UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

CAROLINE NARDINO AND
NICOLE VOUVOUNAS

              Plaintiffs,

      -against-                       **STIPULATION OF DISMISSAL**

COLLINS ASSET GROUP, INC.,              **16-cv-05532**

              Defendant.

------------------------------------x

      WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

      WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against COLLINS ASSET GROUP, INC. with prejudice and without costs to any party.


CAROLINE NARDINO AND                 COLLINS ASSET GROUP, INC.
NICOLE VOUVOUNAS

_____                    _____
DAVID M. BARSHAY, ESQ.              ARTHUR SANDERS. ESQ.
BARSHAY SANDERS, PLLC               BARRON & NEWBURGER, P.C.
100 Garden City Plaza, Ste. 500       30 South Main Street
Garden City, NY 11530                New City, NY 10956
Attorneys for plaintiffs               Attorneys for defendant